UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANEL, INC.,

               Plaintiff(s),

   v.

TJO LIOK PO,

               Defendant(s).

NO. C02-700P

ORDER ON
(1) MOTION FOR SUMMARY JUDGMENT
(2) MOTION TO CONTINUE TRIAL DATE

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Summary Judgment (Dkt. No. 82)

2. Defendant's Motion to Continue Trial (Dkt. No. 86)

and all exhibits and declarations attached thereto, makes the following ruling:

    IT IS HEREBY ORDERED that, Defendant having filed no response to the motion, summary judgment is GRANTED in favor of Plaintiff and a default judgment will issue on Plaintiff's behalf.

    IT IS FURTHER ORDERED that Defendant's motion to continue the trial date is hereby STRICKEN as moot, Defendant having failed to appear for trial.

    The clerk is directed to provide copies of this order to all counsel of record.

    Dated: April 19, 2005

                                           Marsha J. Pechman
                                           U.S. District Judge

**ORD ON MTN**
**FOR SUMM JMT - 1**