# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHANEL, INC.

     v.

TJO LIOK PO, et al.

**AMENDED JUDGMENT**

CASE NUMBER: C02-700

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. that the judgment previously entered in this matter (Dkt. No. 92) is hereby STRICKEN and superseded by this Amended Judgment.

2. that Defendant having failed to respond to Plaintiff's motion for summary judgment or appear for trial, summary judgment on the merits is granted in Plaintiff's favor.

3. that, pursuant to 15 U.S.C. § 1117(c), damages are awarded to Plaintiff in the amount of $400,000 for each of the two violations alleged, plus attorney's fees, costs and prejudgment interest as provided by statute.

    May 6, 2005                             BRUCE RIFKIN
                                                                                       Clerk

                                                                /s Mary Duett
                                                                 By Deputy Clerk