# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHANEL, INC.

      v.

PO, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C02-700

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the following damages, attorney's fees, costs, and prejudgment interest be awarded to Plaintiff:

| | | |
|---|---|---|
| 1. | For counterfeiting five registered trademarks at $400,000 each | $2,000,000. |
| 2. | For Attorney's fees | $62,237. |
| 3. | For Costs | $3,873 |
| 4. | For Prejudgment interest | $258,367 |
| | Total | $2,324,477 |

July 13, 2005

BRUCE RIFKIN
Clerk

/s Mary Duett
By Deputy Clerk